*Mr. Sam. M. Wolfe* for petitioners. *Messrs. Harry D. Reed, Peyton R. Evans, Gerald E. Lyons,* and *May T. Bigelow* for respondent.

No. 196. THOMPSON *v.* FALSTAFF BREWING CORP. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George B. Boland* for petitioner. *Mr. W. C. Fraser* for respondent.

No. 200. GLASS & LYNCH ET AL. *v.* NINE NORTH CHURCH STREET, INC. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph Glass* for petitioners. *Mr. Edward S. Greenbaum* for respondent.

No. 201. KITSELMAN, EXECUTRIX, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Arthur L. Gilliom* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Maurice J. Mahoney* for respondent.

No. 206. MERCED IRRIGATION DISTRICT *v.* BEKINS ET AL., EXECUTORS, ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Stephen W. Downey* for petitioner. *Mr. Charles L. Childers* for respondents.